ORIGINAL

matbiggersinf

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 13 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00024 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) (COUNT 1)** <br> ) [16 GCA 180102(b) and 18 USC §§ 7(3) and 13] |
| MATTHEW N. BIGGERS, | ) **DRIVING UNDER THE INFLUENCE OF ALCOHOL (COUNT 2)** |
| Defendant. | ) [16 GCA 180102(a) and 18 USC §§ 7(3) and 13] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1 - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about 17 April 2005, in the District of Guam, the defendant, **MATTHEW N. BIGGERS**, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while he had .08% or more, by weight, of alcohol in his blood, in violation of 16 Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

1

## COUNT 2 - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about 17 April 2005, in the District of Guam, the defendant, **MATTHEW N. BIGGERS**, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this _13_ day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney

2