AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM



FILED
DISTRICT COURT OF GUAM
MAY 24 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| MATTHEW N. BIGGERS | Case Number: MG-05-00024 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue, Hagatna, Guam | 413 |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Tuesday, June 28, 2005 at 9:30 a.m.** |

To answer a(n)
☐ Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

16 GCA 180102(B) & 18 USC §§ 7(3) AND 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)   (COUNT I)

16 GCA 180102(a) & 18 USC §§ 7(3) AND 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL (COUNT 2)

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

*/s/ Virginia T. Kilgore*
Signature of Issuing Officer

**May 17, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|

Date
Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5-24-05
           Date

J.C.G. SALAS
Name of United States Marshal

S/Dusan Franklin J. Thimple
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.