AO83 (Rev. 10/03) Summons in a Criminal Case

FILED
DISTRICT COURT OF GUAM
MAY 24 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE ④ |
|---|---|
| V. | |
| **MATTHEWS N. BIGGERS** | Case Number: MG-05-00024 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | **Date and Time**<br>Tuesday, June 28, 2005 at 9:00 a.m. |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | |

To answer a(n)
☐ Indictment  ☒ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

16 GCA 180102(b) & 18:7(3) & 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) - COUNT 1

16 GCA 180102(a) & 18:7(3) & 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL - COUNT 2

*ORIGINAL*

| **MARILYN B. ALCON, Deputy Clerk** | *[signature]* Marilyn B. Alcon |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

| **May 23, 2005** | |
|---|---|
| Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| Service was made by me on:[1] | Date 5-24-05 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5-24-05                         J.C.H. SALAS
              Date                             Name of United States Marshal

                                             S/DUSM FRANKLIN J. TAITAGUE
                                             (by) Deputy United States Marshal

Remarks: SUMMONS WAS SERVED TO THE DEFENDANTS ATTORNEY

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.