JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MATTHEW N. BIGGERS



**FILED**
DISTRICT COURT OF GUAM

JUL -7 2005 *P*

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG 05-00024 |
| | ) | |
| Plaintiff, | ) | MOTION TO SCHEDULE CHANGE OF |
| | ) | PLEA HEARING AND VACATE TRIAL |
| vs. | ) | DATE; CERTIFICATE OF SERVICE |
| | ) | |
| MATTHEW N. BIGGERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant, MATTHEW N. BIGGERS, through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to schedule a time for defendant's change of plea from not guilty to guilty and to vacate the trial date currently scheduled for August 16, 2005. There is no written plea agreement in this case. Defendant requests a date before July 13, 2005, as defense counsel will off-island from July 13, 2003 - August 3, 2005.

DATED: Mongmong, Guam, June 6, 2005.

/s/ John T. Gorman
JOHN T. GORMAN
Attorney for Defendant
MATTHEW N. BIGGERS

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on June 6, 2005:

STEVE CHIAPPETTA
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

F. MICHAEL CRUZ
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, June 6, 2005.

_____
ALEXANDER A. MODABER
Investigator

JOHN T. GORMAN
Attorney for Defendant
MATTHEW N. BIGGERS