# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>Matthew N. Biggers,<br><br>　　　　Defendant. | Case No. 1:05-mj-00024<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Judgment, filed August 9, 2005* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *August 10, 2005* | *August 11, 2005* | *August 9, 2005* | *August 11, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Judgment, filed August 9, 2005*




was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 12, 2005                              /s/ Marilyn B. Alcon

Deputy Clerk