Report and Order Terminating Probation

UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

**FILED**
DISTRICT COURT OF GUAM
JUL 2 0 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

MATTHEW N. BIGGERS

MAGISTRATE CASE NO. 05-00024-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **July 11, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *[signature]*
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

*[signature]*
CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc: AUSA
John Gorman, FPD
File

**RECEIVED**
JUL 19 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 20th day of July 2006.

*[signature]*
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge